**FILED**

JAN 24 2024 /s/

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. |
| v. | Violations: Title 18, United States Code, Sections 2114(a) and 2, 1704 |
| EVERETT G. PULLETT | |
| | **UNDER SEAL** |

1:24-cr-00044
Judge Andrea R. Wood
Magistrate Judge Beth W. Jantz
CAT. 2 / RANDOM

### COUNT ONE

The SPECIAL OCTOBER 2022 GRAND JURY charges:

On or about September 26, 2022, at Evanston, in the Northern District of Illinois, Eastern Division,

EVERETT G. PULLETT,

defendant herein, did assault Individual A, a person having lawful charge, custody, and control of property of the United States, with intent to rob, steal and purloin such property of the United States, and robbed Individual A of property of the United States;

In violation of Title 18, United States Code, Section 2114(a) and 2.

## COUNT TWO

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

On or about September 27, 2022, at Evanston, in the Northern District of Illinois, Eastern Division,

EVERETT G. PULLETT,

defendant herein, did assault Individual B, a person having lawful charge, custody, and control of property of the United States, with intent to rob, steal and purloin such property of the United States, and robbed Individual B of property of the United States, and in so doing wounded Individual B, and jeopardized the life of Individual B by using a dangerous weapon, namely, a firearm;

In violation of Title 18, United States Code, Section 2114(a).

## COUNT THREE

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

On or about September 28, 2022, at Evanston, in the Northern District of Illinois, Eastern Division,

EVERETT G. PULLETT,

defendant herein, did knowingly and unlawfully possess a key suited to a lock adopted by the Postal Service and in use on an authorized receptacle for the deposit or delivery of mail matter, and did so with the intent unlawfully and improperly to use the same;

In violation of Title 18, United States Code, Section 1704.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Sarah Streicker on behalf of the
ACTING UNITED STATES ATTORNEY